296 U.S. 621
 56 S.Ct. 142
 80 L.Ed. 441
 A. G. TRIPLETT, R. M. Triplett, A. Nelson, et al., petitioners,
v.
Percival D. LOWELL, Francis W. Dunmore, and Dubilier Condenser Corporation.*
 No. 388.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Samuel E. Darby, Jr., of New York City, for petitioners.
 Mr. C. V. Edwards, of New York City, for respondents.
 
 
 1
 For opinion below, see 77 F.(2d) 556.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Rehearing granted 296 U. S. 570, 56 S. Ct. 306, 80 L. Ed. 402.